UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John W. Gallagher, Jr.

Case No.: 19-13768-JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 5, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$183,726.00  217 Dubois Road Glassboro, NJ  08028

Liens on property:

$200,695.20  Midland Mortgage

Amount of Equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-13768-JNP
John W. Gallagher, Jr.                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 03, 2019
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             #+John W. Gallagher, Jr.,    62 Greenwood Drive,    Turnersville, NJ 08012-2159
518046624      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
518046626      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
518046628      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518046629      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518046631      +Jessica Navarro,    706 Humbert St., Apt. 18,    Vineland, NJ 08360-5749
518046632      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518147509      +MIDFIRST BANK,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518046634      +McCabe, Weisberg & Conway, LLC,    Attn:,    216 Haddon Ave,    Suite 201,
                 Westmont, NJ 08108-2818
518046635       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518046636      +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
518046638      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518046639      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518046641      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 23:45:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 23:45:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518046625      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2019 23:42:37      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518046627      +E-mail/PDF: pa_dc_ed@navient.com Oct 03 2019 23:43:11      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
518046630      +E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 23:45:13      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518046633      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 23:43:14
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518046637      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 23:43:41
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518046640      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 03 2019 23:44:10
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2019
                               Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor John W. Gallagher, Jr. tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6